UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAXY MICKENZIE, | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:CV-13-0966 |
| v. | : |
| | : (Judge Mannion) |
| THOMAS DECKER, | : |
| Respondents | : |

## ORDER

**AND NOW, THIS 24th DAY OF APRIL, 2013**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. No. 1) is **DISMISSED**, without prejudice as premature.

2. The petitioner's motion to proceed in forma pauperis is GRANTED. (Doc. No. 2).

3. The Clerk of Court is directed to **CLOSE** the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-0966-01-ORDER.wpd